MICHAEL J. MCCUE (SBN: 296425)
Email: MMcCue@LRRLaw.com
AARON D. JOHNSON (SBN: 261747)
Email: ADJohnson@LRRLaw.com
Lewis Roca Rothgerber LLP
4300 Bohannon Drive
Menlo Park, CA 94025
(650) 391-1380 (Tel.)
(702) 391-1395 (Fax)

Attorneys for Plaintiffs
RESTORATION HARDWARE, INC.
RH US, LLC

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RESTORATION HARDWARE, INC., a Delaware corporation, and RH US, LLC, a Delaware limited liability company,<br><br>        Plaintiffs,<br><br>vs.<br><br>PATIO SHOPPERS, INC., a California corporation,<br><br>        Defendant. | Civil Case No.: 3:15-cv-00936<br><br>**COMPLAINT** |

Plaintiffs Restoration Hardware, Inc. and RH US, LLC (collectively, "RH") allege the following:

## NATURE OF THIS ACTION

1. This is an action for copyright infringement arising out of Defendant's use of RH's copyrighted images on its website to sell knockoffs of RH products.

## PARTIES

2. Plaintiff Restoration Hardware, Inc. is a Delaware corporation whose principal place of business is located at 15 Koch Road, Corte Madera, California, 94925.

3. Plaintiff RH US, LLC is a Delaware limited liability company whose

5512135_1

principal place of business is located at 15 Koch Road, Corte Madera, California, 94925.

4. Defendant Patio Shoppers, Inc., is a California corporation whose principal place of business is located at 41188 Sandalwood Circle, Murrieta, California, 92562.

## JURISDICTION AND VENUE

5. This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1338 because this action involves a claim arising under the Copyright Act of 1976, as amended, 17 U.S.C. § 101, *et seq.*

6. This Court has personal jurisdiction over Defendant because Defendant is a California corporation whose principal place of business is located in Murrieta, California.

7. Venue is proper in this judicial district under 28 U.S.C. § 1391(b)(1) and (2) because Defendant is based in Murrieta, California, and a substantial part of the property that is the subject of this action—namely, RH's copyrighted photographs—is situated in this judicial district. Venue is proper in the Northern district of this court, San Francisco division.

## INTRADISTRICT ASSIGNMENT

8. Pursuant to Civil Rule 3-2(c), this is an Intellectual Property Action assignable on a district-wide basis.

## GENERAL ALLEGATIONS

9. RH is an innovative and popular luxury brand in the home furnishings marketplace. RH designs, manufactures, and sells a wide variety of home furnishings, including furniture, lighting, bed, bath, hardware, and other products.

10. RH spends a substantial amount of time, money, and effort staging and photographing its products for RH's renowned product catalogs, known as "source books," and its website, <rh.com>. RH's source books and website feature thousands of beautiful photographs showing RH products in upscale and refined

1  settings.

2  11.    RH routinely obtains copyright registrations for its source books. Prior
3  to January 2015, Restoration Hardware, Inc. owned all right, title, and interest in the
4  copyrights of the photographs in RH's source books. In January 2015, Restoration
5  Hardware, Inc. assigned its rights in the photographs to RH US, LLC, and RH US,
6  LLC subsequently granted Restoration Hardware, Inc. a license to use the
7  photographs.

8  12.    Unscrupulous third parties frequently use RH's photographs from its
9  source books and website to sell knockoffs of RH products.

10  13.    Upon information and belief, Defendant owns and operates a web-
11  based retail business that specializes in patio furniture and is based in Murrieta,
12  California.

13  14.    In or about December 2014, RH learned that Defendant was using
14  unauthorized copies of RH's copyrighted photographs (the "Infringing
15  Photographs") on its website to sell Defendant's own products, namely, replacement
16  cushions for one of RH's outdoor furniture collections.

17  15.    To the best of RH's knowledge, Defendant sells its goods on its website
18  throughout the United states, including to this Judicial District.

19  16.    A sample of RH's original photographs and the corresponding
20  Infringing Photographs as shown from Defendant's website is set forth in the table
21  below:

| RH Images | Patio Shoppers Images |
| --- | --- |
| | |

3

5512135_1



| RH Images | Patio Shoppers Images |
|---|---|
| | |
| | |
| | |
| | |

17. On December 12, 2014, RH sent a cease and desist letter to Defendant demanding that it cease violating RH's intellectual property rights, including RH's copyrights in the photographs at issue, and pay RH a reasonable amount for its use of each of the copyrighted photographs at issue.

18. Defendant failed to respond.

19. On January 13, 2015, RH sent a second cease and desist letter to

5

1 Defendant, reiterating its demands that Defendant cease violating RH's intellectual 2 property rights, including RH's copyrights in the photographs at issue, and pay RH a 3 reasonable amount for use of each of the copyrighted photographs at issue.

4     20.    Defendant did not respond, but it did remove the Infringing 5 Photographs from its website.

6     21.    On February 9, 2015, RH sent a third and final letter to Defendant, 7 acknowledging Defendant's removal of the Infringing Photographs while, again, 8 reiterating its demand that Defendant pay RH a reasonable amount for use of each of 9 the copyrighted photographs at issue.

10     22.    Again, Defendant failed to respond.

11     23.    With no other remaining options, RH now brings this copyright 12 infringement action.

## COUNT I
(Copyright Infringement under 17 U.S.C. § 501 *et seq.*)

15     24.    RH incorporates the allegations in foregoing paragraphs as though fully 16 set forth herein.

17     25.    RH owns copyrights in the RH photographs identified above, including 18 pending U.S. Copyright applications for the source book and website containing the 19 photographs at issue, which applications were duly filed with the U.S. Copyright 20 Office with the appropriate fees having been paid.

21     26.    Defendant infringed RH's copyrights by copying and publicly 22 displaying copies of RH's photographs on its website.

23     27.    RH did not authorize Defendant's copying or public display of the 24 photographs.

25     28.    Defendant's conduct was willful within the meaning of the Copyright 26 Act.

## PRAYER FOR RELIEF

28     WHEREFORE, RH requests that the Court enter:

A. A preliminary and permanent injunction prohibiting Defendant and its officers, agents, servants, and those persons in active concert or participation with them from directly or indirectly infringing RH's rights in the copyrighted work;

B. Judgment in favor of RH and against Defendant for, at RH's election, actual damages in amount to be determined at trial, together with the profits derived from Defendant's infringement, or statutory damages for each violation under 17 U.S.C. § 504;

C. Judgment in favor of RH and against Defendant for RH's costs and attorneys' fees incurred in this action, pursuant to 17 U.S.C. § 505; and

D. For such other relief as the Court deems just, equitable and proper.

Respectfully submitted,

Dated: February 27, 2015   By:   /s/ Michael J. McCue
MICHAEL J. MCCUE
AARON D. JOHNSON
Lewis Roca Rothgerber LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169-5996
(702) 949-8200 (Tel.)
(702) 949-8398 (Fax)

Attorneys for Plaintiffs
RESTORATION HARDWARE, INC.
RH US, LLC

5512135_1